Decided July 23, 1998

DANIEL F. LAKE *v.* ROSE MARIE LAKE

The defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 89 (AC 16732), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Lisa Faccadio* and *Christine Dorsey,* in support of the petition.

*Campbell D. Barrett,* in opposition.

Decided July 23, 1998

JUAN ORTIZ *v.* COMMISSIONER OF CORRECTION

The petitioner Juan Ortiz' petition for certification for appeal from the Appellate Court, 49 Conn. App. 31 (AC 16948), is denied.

*Raymond J. Rigat,* in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided July 23, 1998